# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 29, 2018

*Via ECF Only*
The Honorable A. Kathleen Tomlinson
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Brown v. 590-600 Realty Corp., et al.*, Case No. 2:17-cv-01172-SJF-AKT

Dear Judge Tomlinson:

    We represent the Plaintiff in the above-referenced matter arising under the Fair Housing Act, New York State Human Rights Law, and New York Labor Law. We write, jointly on behalf of all parties, to advise that as a result of a mediation held on March 27, 2018, the parties have reached an agreement to resolve this matter in its entirety. To that end, the parties will endeavor to submit a stipulation of dismissal within the next thirty days. We therefore respectfully request that the Court adjourn without date the upcoming April 4, 2018 teleconference, currently scheduled for 10:30 a.m.

    We thank the Court for its time and attention to this matter.

                                                           Respectfully submitted,

                                                          Michael R. Minkoff, Esq.
                                                            *For the Firm*

Copies to: Counsel for Defendants (*via* ECF)